UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWARD MAURICE TYLER, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CR417-208 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 1006), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and Tyler's 28 U.S.C. § 2255 Motion, (doc. no. 1002) is **DENIED**. Tyler's request for discovery is **DISMISSED** as moot. (Doc. no. 1004). The Clerk is **DIRECTED** to **CLOSE** civil action CV424-189.

Further, a prisoner seeking relief under 28 U.S.C. § 2255 must obtain a certificate of appealability ("COA") before appealing the denial of his application for writ of habeas corpus. 28 U.S.C. § 2253(c)(1)(B). This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2255 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in *Slack v. McDaniel*, 529 U.S. 473, 482-84 (2000), movant has failed to make the requisite showing. Accordingly, the Court **DENIES**

a COA in this case.[1]  Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.  Accordingly, movant is not entitled to appeal *in forma pauperis*.  See 28 U.S.C. § 1915(a)(3).

**ORDER ENTERED** at Augusta, Georgia, this ~~1st~~ day of ~~October~~ November, 2024.

                                                                    _____
                                                                    HONORABLE J. RANDAL HALL
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."  Rule 11(a) to the Rules Governing Section 2255 Proceedings.